IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARKEVIAS BANKS,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2856

Opinion filed November 4, 2015.

An appeal from an order of the Circuit Court for Duval County.
Linda F. McCallum, Judge.

Matthew R. McLain, of Brownstone, P.A., Winter Park, for Appellant.

Pamela Jo Bondi, Attorney General, and Giselle D. Lylen, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

SWANSON, MAKAR, and BILBREY, JJ., CONCUR.